**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| In Re: | Case No.: 09-09714 S |
|---|---|
| **EDGARDO J FIGUEROA AYALA** <br> **LYDIA I TORRES REYES** <br><br> Debtor(s) | Chapter 13 |

## MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to surrender shares with Coop. A/C Hermanos Unidos and provide direct payments to "DSO" recipient and increase the base of the plan.

   **WHEREFORE,** the Trustee respectfully requests this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 10th day of May of 2010.**

JPC LAW OFFICE

José M Prieto Carballo, Esq.
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:                            Case No. 09-09714-13

FIGUEROA AYALA, EDGARDO J & TORRES REYES, LYDIA I     Chapter 13
                     Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: 5/10/2010
☐ PRE ☐ POST-CONFIRMATION      Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 600.00 x 2 = $ 1,200.00
$ 475.00 x 4 = $ 1,900.00
$ 485.00 x 54 = $ 26,190.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 29,290.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 29,290.00

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. BANCO POPULAR DE PR   Cr. _____   Cr. _____
# 8773484   # _____   # _____
$ 17,078.00   $ _____   $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
BANCO POPULAR DE PR
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☑ Classifies ☐ Does not Classify Claims.
1. (a) Class A: ☑ Co-debtor Claims / ☐ Other: _____
                     ☐ Paid 100% / ☐ Other: _____
Cr. CITI FINANCIAL   Cr. _____   Cr. _____
# 5001100150615   # _____   # _____
$ 6,983.68   $ _____   $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,324.00

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
ATTORNEY FEES TO BE PAID FIRST.

LIFT OF STAY IN FAVOR OF BAXTER CREDIT UNION.

DEBTOR REJECTS LEASES WITH BANCO POPULAR (POWER GENERATOR) & FIRST LEASING (2008 FORD EXPEDITION)

DEBTOR TO MANTAIN DIRECT PAYMENT TO DSO RECIPIENT.

DEBTOR SURRENDERS SHARES WITH COOP/ HERMANOS UNIDOS.

Signed: /s/ EDGARDO J FIGUEROA AYALA
        Debtor

        /s/ LYDIA I TORRES REYES
        Joint Debtor

Attorney for Debtor Jose Prieto                   Phone: (787) 607-2066

AMENDED CHAPTER 13 PAYMENT PLAN

IN RE FIGUEROA AYALA, EDGARDO J & TORRES REYES, LYDIA I            Case No. 09-09714-13
                                    Debtor(s)

# AMENDED CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 1 of 1

|  | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Rejected:** | FIRST LEASING<br>POPULAR AUTO | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Label Matrix for local noticing            BANCO POPULAR DE PUERTO RICO C/O VANESSA M.   BANCO SANTANDER-PUERTO RICO
0104-3                                     MARTINEZ & TORRES LAW OFFCIES, P.S.C.         BANCO POPULAR CENTER, SUITE 1133
Case 09-09714-ESL13                        PO BOX 192938                                 209 MUNOZ RIVERA AVE.
District of Puerto Rico                    SAN JUAN, PR 00919-3409                       SAN JUAN, PR 00918-1000
Old San Juan
Wed Mar  3 12:25:15 AST 2010

POPULAR AUTO                               R&G PREMIER BANK OF PR                        US Bankruptcy Court District of P.R.
EDGAR A VEGA RIVERA                        ISMAEL H HERRERO III ESQ                      U.S. Post Office and Courthouse Building
PO BOX 366818                              PO BOX 362159                                 300 Recinto Sur Street, Room 109
SAN JUAN, PR 00936-6818                    SAN JUAN, PR 00936-2159                       San Juan, PR 00901-1964


A&J COLLECTION                             AMERICAN EXPRESS                              American Express TRS Co Inc Latin American
P O BOX 1010                               P O BOX 1270                                  Division
CAMUY, PR 00627-1010                       NEWARK, NJ 07101-1270                         c/o Becket and Lee LLP
                                                                                         POB 3001
                                                                                         Malvern  PA 19355-0701


BANCO POPULAR DE PR                        BANCO POPULAR DE PR                           BANCO POPULAR DE PUERTO RICO (VTQ)
BANKRUPTCY DEPARTMENT                      P O BOX 362708                                MARTINEZ & TORRES LAW OFFICES, P.S.C.
PO BOX 366818                              SAN JUAN, PR  00936-2708                      PO BOX 192938
SAN JUAN PUERTO RICO 00936-6818                                                          SAN JUAN PR 00919-3409


BANCO SANTANDER                            BANCO SANTANDER-PUERTO RICO                   BAXTER CREDIT UNION
P O BOX 191080                             PO BOX 362589                                 340 N MILWAUKEE AVE
SAN JUAN, PR 00919-1080                    SAN JUAN PR 00936-2589                        VERNON HILLS, IL  60061-1533


CAPITAL ONE                                CITI FINANCIAL                                COOPERATIVA A/C HERMANOS UNIDOS
P O BOX 25131                              P O BOX 73198                                 P O BOX 195245
RICHMOND, VA 23276-0001                    SAN JUAN, PR  00936                           SAN JUAN PR 00919-5245


CitiFinancial Inc                          DORAL BANK                                    FIA   Card Services NA aka Bank of America
P O Box 70919                              P O BOX 13988                                 by PRA Receivables Management, LLC
Charlotte NC 28272-0919                    SAN JUAN, PR  00908                           PO Box 12907
                                                                                         Norfolk VA 23541-0907


FIRST BANK                                 FIRST BANK                                    FRESHCUT
BANKRUPTCY DIVISION                        P O BOX 9146                                  #369 CALLE SABALO
PO BOX 9146                                SAN JUAN, PR 00908-0146                       PASEO LAS OLAS
SAN JUAN P.R.00908-0146                                                                  TOA BAJA, PR  00949


GLORIA MENDOZA                             IDALIA LLORENS COLLECTION AGENCY              JC PENNY
369 CALLE SABALO                           P O BOX 362211                                G E MONEY BANK
PASEO LAS OLA                              SAN JUAN, PR 00936-2211                       P O BOX  103104
TOA BAJA, PR  00949                                                                      ROSEVELL, GA 30076-9104


LUIS MALAVET                               POPULAR AUTO                                  POPULAR AUTO (POPULAR LEASING)
#369 CALLE SABALO                          P O BOX 50045                                 BANKRUPTCY DEPARTMENT
PASEO LAS OLAS                             SAN JUAN, PR  00902                           PO BOX 366818
TOA BAJA, PR  00949                                                                      SAN JUAN PUERTO RICO 00936-6818
```

| | | |
|---|---|---|
| R&G PREMIER BANK OF PUERTO RICO<br>ISMAEL H. HERRERO III<br>P O BOX 362159<br>SAN JUAN PR  00936-2159 | SANTANDER FINANCIAL D/B/A ISLAND FINANCE<br>PO BOX 195369<br>SAN JUAN PR 00919-5369 | SEARS<br>P O BOX 182156<br>COLUMBUS, OH 43218-2156 |
| V SUAREZ<br>P O BOX 364588<br>SAN JUAN, PR 00936-4588 | EDGARDO J FIGUEROA AYALA<br>COND DOS MARINA I<br>APT 801<br>FAJARDO, PR 00738 | JOSE M PRIETO CARBALLO<br>JPC LAW OFFICE<br>PO BOX 363565<br>SAN JUAN, PR 00936-3565 |
| JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | LYDIA I TORRES REYES<br>COND DOS MARINA I<br>APT 801<br>FAJARDO, PR 00738 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901-1938 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)FIRST LEASING & CAR RENTAL

End of Label Matrix
Mailable recipients    38
Bypassed recipients     1
Total                  39