```
                     UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF PUERTO RICO
```

IN RE:                                          CASE NO. 09-09714-ESL
EDGARDO J FIGUEROA AYALA
LYDIA I TORRES REYES                            CHAPTER 13

          DEBTOR (S)

                    TRUSTEE'S REPORT REGARDING THE STATUS
                         OF CHAPTER 13 PLAN PAYMENTS

TO THE HONORABLE COURT:

   José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, very respectfully alleges and prays:

   1. The Trustee hereby provides a report regarding the status of the Chapter 13 Plan payments in this case.

   2. As of November 05, 2010 our record of payments received in this case reflects the following:

      - Total Paid in:         $4,800.00
      - Balance on Hand:       $4,800.00
      - Last Payment date:     November 01, 2010
      - Last Payment Amount:   $250.00
      - Amount in Default:     $225.00

   3. If debtor(s) have paid an amount greater than the amount stated above, then please provide the Office of the Chapter 13 Trustee with evidence of the payments totaling a different amount.

   WHEREFORE, the Chapter 13 Trustee respectfully prays that this information provided herein be taken in consideration in the pertinent proceedings before this Honorable Court.

   I HEREBY CERTIFY that on this date I notified a true copy of this document to the Debtor(s) to her/his/their address of record by first-class mail, and by electronic means (CM/ECF System) to her/his/their attorney of record.

   In San Juan, Puerto Rico this Friday, November 5, 2010.

                                           /s/ Jose R. Carrion

                                           JOSE R. CARRION
                                           CHAPTER 13 TRUSTEE
                                           P.O. Box 9023884,
                                           San Juan, P.R. 00902-3884
                                           Tel (787) 977-3535
                                           FAX (787) 977-3550